ADELMAN MATZ P.C.
1173A Second Avenue, Suite 153
New York, NY 10065
Phone: (646) 650-2207

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

X------------------------------------------------------------X
CHRISTINE HAZEL S. CRUZ,

                        Plaintiff,

-against-

G-STAR INC., G-STAR USA LLC, and G-STAR Raw C.V.

                        Defendants.

X------------------------------------------------------------X

Case No.: 1:17-cv-07685 (PGG) (OTW)

**NOTICE OF MOTION TO DISMISS**

      **PLEASE TAKE NOTICE,** that upon the accompanying Declaration of Sarah M. Matz, Esq., together with the exhibits annexed thereto, the Declaration of Gary Adelman, Esq., together with the exhibits annexed thereto, the Declaration of Christine Hazel S. Cruz, dated October 1, 2018, and the Memorandum of Law dated October 1, 2018, plaintiff Christine Hazel S. Cruz ("Plaintiff" of "Cruz"), will move this Court before the Honorable Ona T Wang, United States Magistrate Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl St., New York, New York 10007, for an order pursuant to Fed. R. Civ. P. 37(e), sanctioning defendants G-Star Inc. and G-Star USA LLC for the spoliation of evidence and for such other and further relief as this Court deems just and proper.

1

| | |
|---|---|
| Dated: New York, New York<br>　　　October 1, 2018 | Respectfully submitted,<br><br>ADELMAN MATZ P.C.<br><br>By:_____<br>　Sarah M. Matz, Esq.<br>　Gary Adelman, Esq.<br>1173A Second Avenue, Suite 153<br>New York, New York 10065<br>Tel: (646) 650-2207<br>Email: sarah@adelmanmatz.com<br>Email: g@adelmanmatz.com<br>*Attorneys for Plaintiff* |