

SARAH M. MATZ
PARTNER
SARAH@ADELMANMATZ.COM
DIR: (646) 650-2213

July 3, 2019

**VIA ECF**

Hon. Judge Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

     Re:    *Christine Hazel S. Cruz v. G-Star Inc., et al.* (1:17-cv-076855)(PGG)(OTW)

Hon. Judge Gardephe:

    We represent Plaintiff Christine Hazel S. Cruz ("Plaintiff") in the above referenced action. We write pursuant to I.A and IV.D of Your Honor's Individual Rules of Practice, to respectfully request oral argument in connection with the objections to the Report and Recommendation of Honorable Ona T. Wang dated June 19, 2019 [Dckt. No. 89].

    We appreciate the Court's time and consideration in this matter and if Your Honor needs any further information, we are available at the Court's convenience.

               Respectfully Submitted,

               ADELMAN MATZ P.C.

               Sarah M. Matz, Esq.

Cc:    All Counsel of Record (*Via ECF*)

ADELMAN MATZ P.C.
PHONE: (646) 650-2207 • FAX: (646) 650-2108

MAILING:
1173A SECOND AVENUE, SUITE 153
NEW YORK, NEW YORK 10065

OFFICE:
780 THIRD AVENUE, 14TH FLOOR
NEW YORK, NEW YORK 10017