UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CHRISTINE HAZEL S. CRUZ,

                    Plaintiff,

-against-

G-STAR INC., G-STAR USA LLC, and G-STAR RAW C.V.,

                    Defendants.
---------------------------------------------------------------X

Case No.: 17-CV-07685 (PGG)(OTW)

**[PROPOSED] ORDER FOR THE PRODUCTION OF ADDITIONAL EMAILS BY DEFENDANTS**

ONA T. WANG, United States Magistrate Judge:

Pursuant to Plaintiff Christine Hazel S. Cruz ("Plaintiff") and Defendants G-Star Inc. and G-Star USA LLC ("Defendants") letter request dated March 13, 2020, hereby adopts the following:

1. Defendants will produce emails from the following custodians as set forth herein:

    i. Kendra Palmer
    ii. Tony Lucia
    iii. Abiy Paulos
    iv. Claudia van Hunnik
    v. Jouvanda Weeks
    vi. Juan Garcia
    vii. Willemien Storm
    viii. Fanny Smits
    ix. David Lopez
    x. Francois Nelis
    xi. Craig Travis
    xii. Felix Khoury
    xiii. Kervin Joseph
    xiv. Heather Jordan
    xv. Erik van de Peppel
    xvi. Monique Blaauw
    xvii. Lucinda van der Eng
    xviii. Wesley Vress

(collectively the "Custodians").

2. Defendants shall run separate searches for each of the following search terms within the date range of Plaintiff's employment (November 1, 2012 through January 27, 2017), for each of the Custodians:

    i. All emails from hazel-cruz@g-star.com;
    ii. All emails to hazel-cruz@g-star.com;

1

    iii.    All emails cc: hazel-cruz@g-star.com;
    iv.    All emails bcc: hazel-cruz@g-star.com; and
    v.    All emails with the body or subject of the email containing hazel-cruz@g-star.com
    vi.    All emails with the body or subject of the email containing "Hazel"
    vii.    All emails with the body or subject of the email containing "Cruz"
    viii.    All emails with the body or subject of the email containing "Hazel Cruz"

The cumulative results of each of those search terms shall be referred to herein as the "Overall Search Results".

    3.    Defendants will then search the Overall Search Results for potentially privileged documents by searching the Overall Search Results to identify potentially privileged emails i.e. (a) messages to or from in-house and/or outside lawyers; and (b) messages mentioning such lawyers. The search terms that the parties have agreed to are as follows:

| Name of Lawyer | Position | Search Terms |
|---|---|---|
| Christian de Bil | General Counsel | i. All emails to Christian-de-Bil@g-star.com<br>ii. All emails from Christian-de-Bil@g-star.com<br>iii. All emails cc: Christian-de-Bil@g-star.com<br>iv. All emails bcc: Christian-de-Bil@g-star.com<br>v. All emails with the body or subject of the email containing Christian-de-Bil@g-star.com<br>vi. All emails with the body or subject of the email containing Christian de Bil |
| Barbara van Lohuizen | Corporate Counsel | i. All emails to Barbara-van-Lohuizen@g-star.com<br>ii. All emails from Barbara-van-Lohuizen@g-star.com<br>iii. All emails cc: Barbara-van-Lohuizen@g-star.com<br>iv. All emails bcc: Barbara-van-Lohuizen@g-star.com |

| | | | |
|---|---|---|---|
| | | v. | All emails with the body or subject of the email containing Barbara-van-Lohuizen@g-star.com |
| | | vi. | All emails with the body or subject of the email containing Barbara van Lohuizen |
| | | vii. | All emails with the body or subject of the email containing Lohuizen; |
| Martina Rössel | In-house Counsel | i. | All emails to martina-roessel@g-star.com |
| | | ii. | All emails from martina-roessel@g-star.com |
| | | iii. | All emails cc: martina-roessel@g-star.com |
| | | iv. | All emails bcc: martina-roessel@g-star.com |
| | | v. | All emails with the body or subject of the email containing martina-roessel@g-star.com |
| | | vi. | All emails with the body or subject of the email containing Martina Roessel |
| | | vii. | All emails with the body or subject of the email containing Rossel |
| | | viii. | All emails with the body or subject of the email containing Roessel |
| Evelyn Verstraaten | In-house Counsel | i. | All emails to evelyn-verstraaten@g-star.com |
| | | ii. | All emails from evelyn-verstraaten@g-star.com |
| | | iii. | All emails cc: evelyn-verstraaten@g-star.com |
| | | iv. | All emails bcc: evelyn-verstraaten@g-star.com |
| | | v. | All emails with the body or subject of the email containing evelyn-verstraaten@g-star.com |

|  |  |  |  |
|---|---|---|---|
|  |  | vi. | All emails with the body or subject of the email containing Evelyn Verstraaten |
|  |  | vii. | All emails with the body or subject of the email containing Verstraaten |
| Siew Hu | Paralegal (working with General Counsel and Corporate Counsel) | i. | All emails to siew-hu@g-star.com |
|  |  | ii. | All emails from siew-hu@g-star.com |
|  |  | iii. | All emails cc: siew-hu@g-star.com |
|  |  | iv. | All emails bcc: siew-hu@g-star.com |
|  |  | v. | All emails with the body or subject of the email containing siew-hu@g-star.com |
|  |  | vi. | All emails with the body or subject of the email containing Siew Hu |
|  |  | vii. | All emails with the body or subject of the email containing Siew |
| Femke d Herripon | Paralegal (working with General Counsel and Corporate Counsel) | i. | All emails to femke-d-herripon@g-star.com |
|  |  | ii. | All emails from femke-d-herripon@g-star.com |
|  |  | iii. | All emails cc: femke-d-herripon@g-star.com |
|  |  | iv. | All emails bcc: femke-d-herripon@g-star.com |
|  |  | v. | All emails with the body or subject of the email containing femke-d-herripon@g-star.com |
|  |  | vi. | All emails with the body or subject of the email containing Femke d Herripon |
|  |  | vii. | All emails with the body or subject of the email containing Femke |
|  |  | viii. | All emails with the body or subject of the email containing Herripon |

| | | | |
|---|---|---|---|
| Kathleen M. Kundar | FHC Partner – Employment & Litigation | i. | All emails to kmkundar@foxlex.com |
| | | ii. | All emails from kmkundar@foxlex.com |
| | | iii. | All emails cc: kmkundar@foxlex.com |
| | | iv. | All emails bcc: kmkundar@foxlex.com |
| | | v. | All emails with the body or subject of the email containing kmkundar@foxlex.com |
| | | vi. | All emails with the body or subject of the email containing Kathleen M. Kundar |
| | | vii. | All emails with the body or subject of the email containing Kundar |
| | | viii. | All emails with the body or subject of the email containing Kathleen |
| Chizuko S. Ueno | FHC Partner – Corporate | i. | All emails to csueno@foxlex.com |
| | | ii. | All emails from csueno@foxlex.com |
| | | iii. | All emails cc: csueno@foxlex.com |
| | | iv. | All emails bcc: csueno@foxlex.com |
| | | v. | All emails with the body or subject of the email containing csueno@foxlex.com |
| | | vi. | All emails with the body or subject of the email containing Chizuko S. Ueno |
| | | vii. | All emails with the body or subject of the email containing Chizuko |
| | | viii. | All emails with the body or subject of the email containing Ueno |

| William I. Kaplan | FHC Partner – Real Estate | i. All emails to wikaplan@foxlex.com |
| --- | --- | --- |
| | | ii. All emails from wikaplan@foxlex.com |
| | | iii. All emails cc: wikaplan@foxlex.com |
| | | iv. All emails bcc: wikaplan@foxlex.com |
| | | v. All emails with the body or subject of the email containing wikaplan@foxlex.com |
| | | vi. All emails with the body or subject of the email containing William I. Kaplan |
| | | vii. All emails with the body or subject of the email containing Bill Kaplan |
| | | viii. All emails with the body or subject of the email containing Kaplan |
| Eric N. Fidel | FHC Associate – Corporate | i. All emails to efidel@foxlex.com |
| | | ii. All emails from efidel@foxlex.com |
| | | iii. All emails cc: efidel@foxlex.com |
| | | iv. All emails bcc: efidel@foxlex.com |
| | | v. All emails with the body or subject of the email containing efidel@foxlex.com |
| | | vi. All emails with the body or subject of the email containing Eric N. Fidel |
| | | vii. All emails with the body or subject of the email containing Fidel |

The results of each of those search terms shall be collectively referred to herein as the "Potentially Privileged Emails".

4. By April 16, 2020, Defendants will deliver to Plaintiff the Overall Search Results less any Potentially Privilege Emails (which shall be referred to herein as the "Initial Email Production"). Defendants shall deliver the Initial Email Production designated as CONFIDENTIAL under the February 26, 2018 protective order. The Initial Email Production shall be delivered to Plaintiff's counsel by electronic file transfer or delivery of a thumb drive, in native .pst format with one .pst file for each Custodian, labeled in a manner so that Plaintiff's counsel can identify which .pst file contains the Initial Email Production for each of the Custodians.

5. By April 30, 2020 Defendants will conduct a privilege review of the Potentially Privileged Emails and produce to Plaintiff's counsel the following:

    a. a privilege log identifying any emails and/or documents from the Overall Search Results that Defendants claim are privileged and/or partially privileged emails by identifying (i) the nature of the privilege being asserted i.e. work product etc. (ii) the general subject of the email (iii) the date of the email (iv) the author of the email (v) the recipients (vi) the relationship of the author to the recipients in accordance with Local Civil Rule 26.2; and

    b. any emails in the Potentially Privileged Emails that are found not to be privileged in native .pst format with one .pst file for each Custodian labeled in a manner so that Plaintiff's counsel can identify which .pst file contains those non-privileged emails for each of the Custodians (for the sake of clarity the .pst files that are being delivered under this sub paragraph shall not contain the emails already delivered as part of the Initial Email Production);

    c. for any emails that are found to be partially privileged, PDF copies of those emails, with redactions as necessary, bates stamped and corresponding to the privilege log, separated in a manner so that Plaintiff's counsel can identify which PDF's or groups of PDF's come from each of the Custodians.

6.     In the event that Defendants need to modify the foregoing dates due to managing coronavirus obstacles or technical issues, the parties will work together in good faith to submit an agreed upon proposal for a reasonable modification of these deadlines based on the reason for the proposed modification.

SO ORDERED.

DATED:     April 2, 2020
           New York, New York

_____
ONA T. WANG
UNITED STATES MAGISTRATE JUDGE