**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
CHRISTINE HAZEL S. CRUZ,

                Plaintiff,                        17-CV-7685 (PGG) (OTW)

            -against-                      **ORDER**

G-STAR INC, et al.,

                Defendants.

---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

As the case is now stayed due Defendant's bankruptcy petition, (ECF 215), the status conference scheduled for July 22, 2020 is adjourned *sine die*. Parties are directed to file joint status letters every 60 days beginning **August 14, 2020**. Parties are further directed to file a joint status letter within seven days of a decision in the bankruptcy case.

      **SO ORDERED.**

Dated: July 22, 2020                                  *s/ Ona T. Wang*
       New York, New York                   **Ona T. Wang**
                                          United States Magistrate Judge